768 A.2d 299

**James V. BURKE, Appellee**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 2001.

Decided March 22, 2001.

Harold Cramer, Timothy Peter Wile, Harrisburg, for Penn-DOT, appellant.

George Arthur Miller, Pittsburgh, for James V. Burke, appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NIGRO and Justice NEWMAN did not participate in the consideration or decision of this case.